## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Sabriel R. RIVERA, Petitioner

No. 496 MAL 2017

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal and Application for Injunctive Relief are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

David Eugene FERRARA, Petitioner

No. 261 WAL 2017

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

Timothy M. SHILLING, Petitioner

v.

Paula Sue SHILLING, Respondent

No. 324 WAL 2017

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Marcus R. JOHNSON, Petitioner

No. 337 EAL 2017

Supreme Court of Pennsylvania.

November 28, 2017